In re:                                                          Case No. 18-01512-RNO
Gregg J. Kornheisl                                             Chapter 7
Danielle R. Kornheisl
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: KADavis        Page 1 of 1            Date Rcvd: Dec 07, 2018
                           Form ID: ntcltrdb     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
5047404        +Barclays Bank Delaware,   125 South West Str,   Wilmington, DE 19801-5014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Mark J. Conway    on behalf of Trustee Mark J. Conway (Trustee) info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 2 Danielle R. Kornheisl pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
              Vern S. Lazaroff    on behalf of Debtor 1 Gregg J. Kornheisl pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                               TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gregg J. Kornheisl,

**Debtor 1**

Danielle R. Kornheisl,

**Debtor 2**

Chapter     7

Case No.     5:18–bk–01512–RNO

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#13) has been filed by the Trustee on behalf of Barclays Bank Delaware in the amount of $2312.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 7, 2018 |

ntcltrdb 05/18