IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | CHAPTER 7 |
|---|---|
| GREGG J. KORNHEISL and DANIELLE R. KORNHEISL, | |
| Debtors | CASE NO. 5:18-bk-01512-HWV |

## PRAECIPE TO AMEND NAME AND FIRM NAME FOR ATTOENY FOR TRUSTEE

Please be advised that as of January 1, 2023, the name of the Attorney for Trustee has been changed from Jill M. Spott, Esquire to Jill E. Durkin, Esquire and the firm name has been changed from Sheils Law Associates, P.C to Durkin Law, LLC, with new contact information contained in the signature of this Praecipe.

Respectfully submitted,

/s/ Jill E. Durkin
Jill E. Durkin, Esquire
(formerly Jill M. Spott)
401 Marshbrook Road
Factoryville, PA   18419
570-881-4158
Attorney I.D. 88640
jilldurkinesq@gmail.com
Attorney for Trustee