## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CHAPTER 7** |
| **GREGG J. KORNHEISL** | : | |
| **DANIELLE R. KORNHEISL,** | : | |
| | : | **CASE NO. 18-01512** |
| **Debtors** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### STATUS REPORT

Settlement funds were received and deposited by the Chapter 7 Trustee on February 8, 2024. An Amended Schedule B and C were filed with an exemption to add the lawsuit and exempt $53,753.00 of the proceeds. After Attorney fees and liens, the Trustee determined that there is no value to the estate. Trustee filed a Notice of Abandonment on the personal injury litigation on May 29, 2024. The objection deadline is set for June 12, 2024. Once the Court enters an Order Approving Abandonment, the Trustee return the funds and file a Chapter 7 Trustee's Report of No Distribution.

Dated:   5/29/2024

/s/Robert P.  Sheils, Jr.
Robert P.  Sheils, Jr.
Chapter 7 Trustee