IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| GREGG J. KORNHEISL | : | CASE NO.: 5:18-BK-01512-HWV |
| DANIELLE R. KORNHEISL | : | |
| DEBTORS | : | |

**CONCURRED-IN WITHDRAWAL OF THE UNITED STATES TRUSTEE'S MOTION FOR STATUS CONFERENCE**

Please withdraw the United States Trustee's Motion for Status Conference filed on May 13, 2024, at Docket Entry Number 59. The Motion is withdrawn with concurrence.

Respectfully submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE

D. Troy Sellars
Assistant United States Trustee

By: /s/ Joseph P. Schalk
Joseph P. Schalk, Esq.
Trial Attorney
Office of the United States Trustee
1501 N. 6th Street, Box 302
Harrisburg, PA 17102
Tel. (717) 221-4515
Fax (717) 221-4554
Email: Joseph.Schalk@usdoj.gov

Dated: August 5, 2024